F I L E D
Clerk
District Court
NOV 05 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TAKECARE INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPERIAL PACIFIC INTERNATIONAL LIMITED, <br><br> Defendants. | Case No.: 1-21-cv-00020 <br><br> **CLERK'S ENTRY OF DEFAULT JUDGMENT** |

Based on the Plaintiff's Motion for Default Judgment (ECF No.5) and in accordance with Rule 55(b) of the Federal Rules of Civil Procedure, default judgment is entered in favor of Plaintiff TakeCare Insurance Company, Inc. against Imperial Pacific International Limited in the amount of $224,675.18, plus post judgment interest.

SO ENTERED this 5th day of November, 2021.

_____
HEATHER L. KENNEDY
Clerk of Court